UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONNIE DEAN STOUT,

Petitioner,

v.

MARION E. SPEARMAN,

Respondent.

Case No. 14-cv-00977-JSC

**ORDER OF DISMISSAL**

On June 3, 2014, the Court dismissed Petitioner's petition for a writ of habeas corpus because it did not include basic information necessary to rule on his claims, such as the name and location of the court where he was convicted, and whether and when he presented his claims to the California.[1]  Petitioner was granted 28 days to file an amended petition setting forth this information.  On August 29, 2014, the deadline for filing an amended petition was extended to September 30, 2014.  Petitioner was informed that if he failed to file an amended petition on or before the deadline, this case would be dismissed without prejudice.  The deadline has passed, and Petitioner has not filed an amended petition.  This case is accordingly **DISMISSED** without prejudice.  The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED**.

Dated: October 28, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

---

[1] Plaintiff has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  (Dkt. No. 6.)